UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:21-CR-00278-1-NONE-SKO |
| ) | |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| JOSE SANTANA, ) | |
| ) | |
| Defendant. ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. W. Scott Quinlan be appointed to represent the above defendant in this case effective *nunc pro tunc* to November 18, 2021, in place of Alekxia Torres. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __November 22, 2021__          _____ /s/ Jennifer L. Thurston__
                                    CHIEF UNITED STATES MAGISTRATE JUDGE