W. SCOTT QUINLAN, 101269
Attorney at Law
2300 Tulare Street, Ste. 300
Fresno, Ca 93721
Telephone: (559) 442-0634

Attorney for Defendant JOSE LUIS SANTANA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:21-CR-0278 JLT SKO |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO TERMINATE CJA APPOINTMENT OF W. SCOTT QUINLAN AS ATTORNEY OF RECORD AND ORDER** |
| JOSE LUIS SANTANA, | |
| Defendant. | |

On November 18, 2021 Defendant Jose Luis Santana was indicted on federal drug charges. CJA Panel Attorney W. Scott Quinlan was appointed as trial counsel to represent Mr. Santana on November 22, 2021 in his criminal case. Mr. Santana was sentenced pursuant to a plea agreement on October 30, 2023. The time for filing a direct appeal was November 15, 2023. No direct appeal was filed. Mr. Santana was in custody at sentencing. Having completed his representation of Defendant Jose Luis Santana, CJA attorney, W. Scott Quinlan now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Santana require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721 or by telephone at (559-487-5561) (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: January 29, 2024                                  Respectfully submitted,


                                                         /s/ W. Scott Quinlan
                                                         W. Scott Quinlan, Attorney for
                                                         Defendant, JOSE LUIS SANTANA

**ORDER**

Having reviewed the notice and found that attorney W. Scott Quinlan has completed the services for which he was appointed, the Court hereby grants attorney W. Scott Quinlan's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, Ca 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant Jose Luis Santana at the following address and to update the docket to reflect Defendant's pro se status and contact information. The Defendant's address is as follows:

Jose Luis Santana
Registration #74927-509
FDC Seatac
Federal Detention
P.O. Box 13900
Seattle, WA 98198


IT IS SO ORDERED.

Dated:   **January 29, 2024**                            /s/ Jennifer L. Thurston
                                                         UNITED STATES DISTRICT JUDGE

2